UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------x

UNITED STATES OF AMERICA          :

    - v. -                              :

                                         : NOTICE OF INTENT
CARLOS HERNANDEZ,                 : TO FILE AN
    a/k/a "Carlos Herrera,"         : INFORMATION
    a/k/a "Francisco Echeverry,"    :
                                         : 07 Cr.
               Defendant.   :

------------------x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           December 18, 2007

                                MICHAEL J. GARCIA
                                United States Attorney

                By:   _____
                      Eugene Ingoglia
                      Assistant United States Attorney

                AGREED AND CONSENTED TO:

                By:   _____
                      Alexander Eisemann, Esq.
                      Attorney for CARLOS HERNANDEZ

12/19/07 WHEEL A