```
UNITED STATES DISTRICT COURT                    JUDGE BAER
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                  :
UNITED STATES OF AMERICA          :
                                  :
          v.                      :   07 Cr.
                                  :
CARLOS HERNANDEZ,                 :   07CRIM1221
  a/k/a "Carlos Herrera,"         :
  a/k/a "Francisco Echeverry,"    :
                                  :
          Defendant.              :
                                  :
- - - - - - - - - - - - - - - - X
```

       The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: DEC 2 0 2007

_____
CARLOS HERNANDEZ,
Defendant

_____
Witness

_____
Alex Eisemann, Esq.
Counsel for Defendant

Date:  New York, New York
       December 20, 2007

0202