

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



RECEIVED
MAR 31 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

March 31, 2008

<u>**By Facsimile: (212) 805-7901**</u>
Honorable Harold Baer, Jr.
United States District Court
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08
```

Re:   <u>United States v. Carlos Hernandez</u>
      07 Cr. 1221

Dear Judge Baer:

    The Government writes to respectfully request, on behalf of both parties, that the sentencing date for the defendant be adjourned from April 3, 2008, to a date convenient to the Court during the week of May 5, 2008. The Government has conferred with Probation, and such an adjournment will be sufficient to ensure that the Pre-Sentence Report is timely completed.

    Defense counsel has indicated that he may be required to travel out of the country on another case on several occasions during late April and early May, but will be in New York during the week of May 5. He has an evidentiary hearing before Judge Preska on May 8 and 9, and respectfully asks that if the Court schedules Mr. Hernandez's sentencing for either of those dates, that the sentencing be scheduled for either the beginning or end of the day.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

*[Handwritten: May 8, 08 at 10:00]*
*[Signature: Baer, Jr., U.S.D.J. 4/1/08]*

cc: Alex Eisemann, Esq.

TOTAL P.01