# ALEXANDER E. EISEMANN
## ATTORNEY AT LAW

| ALEXANDER E. EISEMANN | 282 KATONAH AVENUE, SUITE 244 | 20 VESEY STREET, SUITE 400 |
| --- | --- | --- |
| aee@eisemannlaw.com | KATONAH, NEW YORK 10536 | NEW YORK, NEW YORK 10007 |
| ELIOT T. KIEVAL | TEL: (914) 763-6444 | TEL: (212) 420-8300 |
| *Of Counsel* | FAX: (914) 763-6446 | FAX: (212) 420-8338 |

**TO:** Hon. Harold Baer, Jr.  **FAX NUMBER:** (212) 805-7901
AUSA Eugene Ingoglia   (212) 637-0086

**DATE:** May 5, 2008

**NUMBER OF PAGES INCLUDING COVER SHEET:** 2

**COMMENTS:**

*Sentence adjourned to 6/12 at 10:30*

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 5/5/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE AT THE NUMBER BELOW AND RETURN THE ORIGINAL MESSAGE TO THE SENDER AT THE ABOVE ADDRESS VIA FIRST CLASS MAIL. RECEIPT BY ANYONE OTHER THAN THE INTENDED RECIPIENT IS NOT A WAIVER OF ANY ATTORNEY-CLIENT OR WORK-PRODUCT PRIVILEGE.

IF YOU HAVE EXPERIENCED PROBLEMS RECEIVING THIS TRANSMISSION,
PLEASE CONTACT THE SENDER AT (914) 763-6444

# ALEXANDER E. EISEMANN
ATTORNEY AT LAW

ALEXANDER E. EISEMANN
aee@eisemannlaw.com

ELIOT T. KIEVAL
*Of Counsel*

282 KATONAH AVENUE, SUITE 244
KATONAH, NEW YORK 10536

TEL: (914) 763-6444
FAX: (914) 763 6446

20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL: (212) 420-8300
FAX: (212) 420-8338

May 5, 2008

**VIA FAX (212) 805-7901**

Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007-1312

> *[handwritten: When is this PSR coming out?]*

Re: United States v. Carlos Hernandez,
07 Cr. 1221 (HB)

Dear Judge Baer:

I am CJA counsel for Carlos Hernandez, the defendant in the above-entitled case. Mr. Hernandez is scheduled to be sentenced this Thursday, May 8, 2008, at 10:00 a.m. The Probation Office, however, has not yet issued Mr. Hernandez's presentence report, which necessitates an adjournment of his sentencing.

Accordingly, without objection by the government, I respectfully request that Mr. Hernandez's sentencing be adjourned for about thirty days, to a date and time convenient to your Honor. The Probation Officer assures me this will provide sufficient time for the required disclosure and objection process to be completed.

I thank your Honor for considering this request.

Sincerely,

Alexander E. Eisemann

cc: Eugene Ingoglia, Esq.