# ALEXANDER E. EISEMANN
## ATTORNEY AT LAW

ALEXANDER E. EISEMANN
aee@eisemannlaw.com

ELIOT T. KIEVAL
*Of Counsel*

282 KATONAH AVENUE, SUITE 244
KATONAH, NEW YORK 10536

TEL: (914) 763-6444
FAX: (914) 763-6446

20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL: (212) 420-8300
FAX: (212) 420-8338

June 9, 2008

**VIA FAX (212) 805-7901**

Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08
```

      Re:  United States v. Carlos Hernandez,
            07 Cr. 1221 (HB)

Dear Judge Baer:

    I am CJA counsel for Carlos Hernandez, the defendant in the above-entitled case, who is scheduled to be sentenced this Thursday, June 12, 2008, at 10:00 a.m.

    Late last week, my wife informed me that she had scheduled a personal matter for me for the same time as this sentencing. Unfortunately, it cannot be changed. Accordingly, without objection by the government, I respectfully request that Mr. Hernandez's sentencing be adjourned to another date and time convenient to your Honor.[1]

    I thank your Honor for considering this request and apologize for any inconvenience this may cause.

Sincerely,

Alexander E. Eisemann

cc: Eugene Ingoglia, Esq.

[handwritten annotations: "Sadly I have no other reasonable time other than June 12. See you then." / "SO ORDERED: Harold Baer, Jr., U.S.D.J. 6/9/08"]

---

[1] I am on jury duty Friday, so the sentencing should probably not be scheduled for that day. I have a matter before Judge Robinson in White Plains next Tuesday, June 17, so I will not be available until after 2:00 p.m. that day.

Endorsement:

   Sadly I have no other reasonably close time other than June 17 at 5 PM.  See you then.