UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA     :
                                   :
    - v. -                    :     **ORDER**
                                   :
CARLOS HERNANDEZ,           :     07 Cr. 1221 (HB)
                                   :
        Defendant.    :
                                   :
- - - - - - - - - - - - - - - x

        WHEREAS, with defendant Carlos Hernandez's consent, his guilty plea allocution was taken before the Honorable Ronald L. Ellis, United States Magistrate Judge, on December 20, 2007;

        WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Count One of the Information knowingly and voluntarily, and that there is a factual basis for the guilty plea,

        IT IS ORDERED that defendant Carlos Hernandez's guilty plea be, and hereby is, ACCEPTED.

Dated:   June 17, 2008.

                                                     _____
                                                     HONORABLE HAROLD BAER
                                                     UNITED STATES DISTRICT JUDGE